FILED
August 06, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: \_\_\_\_DT\_\_\_\_
Deputy

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>███████████████,<br>**(2) DAVID MEZA, and**<br>███████████████<br><br>Defendants. | **SEALED** Case No: EP:25-CR-01913-LS<br><br>**I N D I C T M E N T**<br><br>CT 1: 18 USC §§ 111(a); 371 – Conspiracy to Assault a Federal Officer;<br><br>CT 2: 18 USC § 111(a) – Assault of a Federal Officer;<br><br>CT 3: 18 USC § 111(a) – Assault of a Federal Officer;<br><br>CT 4: 18 USC § 111(a) – Assault of a Federal Officer;<br><br>CT 5: 18 USC § 111(a) – Assault of a Federal Officer; and<br><br>CT 6: 18 USC § 111(a) – Assault of a Federal Officer. |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about July 9, 2025, in the Western District of Texas, Defendants,


███████████████, **(2) DAVID MEZA, and** ███████████████,

knowingly, intentionally, and unlawfully conspired, combined, and confederated with each other to commit an offense against the United States, namely: to forcibly assault, resist, oppose, impede, intimidate, and interfere with agents of the Department of Homeland Security, persons designated in Title 18, United States Code, Section 1114, who were then engaged in the performance of

official duties, and said acts involved physical contact with said agents, in violation of Title 18, United States Code, Sections 111(a); 371.

## COUNT TWO

On or about July 9, 2025, in the Western District of Texas, Defendant,



did forcibly assault, resist, oppose, impede, intimidate, and interfere with J.M., a person designated in Title 18, United States Code, Section 1114, who was then engaged in the performance of official duties: that is, the Defendant caused physical contact with J.M., in violation of Title 18, United States Code, Section 111(a).

## COUNT THREE

On or about July 9, 2025, in the Western District of Texas, Defendant,

**(2) DAVID MEZA,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with E.C., a person designated in Title 18, United States Code, Section 1114, who was then engaged in the performance of official duties: that is, the Defendant caused physical contact with E.C., in violation of Title 18, United States Code, Section 111(a).

## COUNT FOUR

On or about July 9, 2025, in the Western District of Texas, Defendant,

**(2) DAVID MEZA,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with J.M., a person designated in Title 18, United States Code, Section 1114, who was then engaged in the performance of official duties: that is, the Defendant caused physical contact with J.M., in violation of Title 18, United States Code, Section 111(a).

## COUNT FIVE

On or about July 9, 2025, in the Western District of Texas, Defendant,

,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with P.P., a person designated in Title 18, United States Code, Section 1114, who was then engaged in the performance of official duties: that is, the Defendant caused physical contact with P.P., in violation of Title 18, United States Code, Section 111(a).

## COUNT SIX

On or about July 9, 2025, in the Western District of Texas, Defendant,

,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with C.K., a person designated in Title 18, United States Code, Section 1114, who was then engaged in the performance of official duties: that is, the Defendant caused physical contact with C.K., in violation of Title 18, United States Code, Section 111(a).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney